# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SONNY G. RIFE, | : | |
| Plaintiff, | : | Case No. 3:09cv00231 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | | |
| | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion to Dismiss (Doc. #5). In the absence of objection by Defendant, *id*. at 1, and for the reasons stated in Plaintiff's Motion and confirmed in his attached Request, the Court finds Plaintiff's Motion well taken. It is therefore **ORDERED** that:

1. Plaintiff's Motion to Dismiss (Doc. #5) is GRANTED;

2. Plaintiff's Complaint is DISMISSED; and

3. This case is terminated on the docket of this Court.

September 29, 2009              \*S/THOMAS M. ROSE

                                                    Thomas M. Rose
                                                    United States District Judge